**THE LAW OFFICE OF ADAM HAUF**
ADAM HAUF 026702
5400 W. NORTHERN AVE, SUITE 110
GLENDALE, AZ 85301
P: 623.252.0742 F: 623.321.2310
ADAM@HAUFLAW.COM
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| In re | |
|---|---|
| **AUREL G. CORDOVA AND MARIA VIRGINIA CORDOVA** | **Case No. 2:12-bk-16340-DPC** |
| | **In Proceedings Under Chapter 13** |
| Debtors. | MOTION AND APPLICATION FOR APPROVAL OF ATTORNEY'S FEES AND ALLOWANCE OF ATTORNEY'S FEES AS AN ADMINISTRATIVE EXPENSE |

  Adam E. Hauf, attorney for the above named Debtor, hereby applies for legal fees pursuant to 11 U.S.C. §§ 330(a), 331, 503(b) and Federal Bankruptcy 2016, for legal services and expenses incurred in the representation in the above referenced case upon the grounds and for the reasons set forth below:

1. The parties agree the attorney's fees in this case total $2,000.00 pursuant to the advance fee agreement signed by the parties and pursuant to the Trustee's guidelines.

2. Applicant rendered legal services including as follows:
   - Preparation, review and filing of Adversary Complaints associated with **2:14-ap-00308-DPC and 2:14-ap-00309-DPC** and all subsequent filings therein.

3. Applicant should be compensated and paid as an administrative expense from the Chapter 13 Plan the sum of $2,000.00.

4. The Attorney's Fees should be paid upon the entering of this Order.

**WHEREFORE** the Applicant requests the Court enter an Order awarding total attorney's fees in the amount of $2,000.00 to be paid through the plan upon the entering of this Order.

**RESPECTFULLY SUBMITTED** this 9th day of June, 2014.

            /s/Adam E. Hauf
            Adam E. Hauf, Esq.

| | |
|---|---|
| 1 | |
| 2 | Copy of the foregoing was mailed and electronically distributed this 9th day of June, 2014 to the following and all creditors and parties of interest and per the original mailing matrix hereby attached: |
| 3 | |
| 4 | **Chapter 13 Trustee** |
| | Edward J. Maney |
| 5 | 101 N First Ave, Suite 1775 |
| 6 | Phoenix, AZ 85003 |
| 7 | Office of the U.S. Trustee |
| | 230 N First Avenue |
| 8 | Suite 204 |
| | Phoenix, AZ 85003 |
| 9 | |
| 10 | **Debtor** |
| | Aurel and Maria Cordova |
| 11 | 4356 W. Saint Catherine Ave |
| | Laveen, AZ 85339 |
| 12 | |
| | /s/ Ariel C. Motz |
| 13 | |