**THE LAW OFFICE OF ADAM HAUF**
ADAM HAUF 026702
5400 W. NORTHERN AVE, SUITE 110
GLENDALE, AZ 85301
P: 623.252.0742 F: 623.321.2310
ADAM@HAUFLAW.COM
Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

### IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>**AUREL G. CORDOVA AND MARIA VIRGINIA CORDOVA**<br><br>Debtors. | **Case No. 2:12-bk-16340-DPC**<br><br>**In Proceedings Under Chapter 13**<br><br>NOTICE OF FILING MOTION AND APPLICATION FOR APPROVAL OF ATTORNEY'S FEES AND ALLOWANCE OF ATTORNEY'S FEES AS AN ADMINISTRATIVE EXPENSE |

NOTICE is hereby given that Debtor Aurel and Maria Cordova through undersigned counsel have filed this date a Motion and Application for Approval of Attorney's Fees and Allowance of Attorney's Fees as an Administrative Expense.

Pursuant to Rule 9013-1(k)(3) Debtor is required to notify all parties entitled to this Notice of the 21 day requirement for responding to the filed Motion. Upon expiration of the time stated, provided that no objections have been filed the Movant may file a Certificate of Service of No Objection. Movant will concurrently lodge an Order granting the Approval of Attorney's Fees and Allowance of Attorney's Fees as an Administrative Expense.

SUBMITTED this 9th day of June, 2014.

/s/Adam E. Hauf
Adam E. Hauf, Esq.

| | |
|---|---|
| 1 | Copy of the foregoing was mailed and electronically distributed this 9th day of June, 2014 to the following and all creditors and parties of interest and per the original mailing matrix hereby attached: |
| 2 | |
| 3 | |
| 4 | **Chapter 13 Trustee**<br>Edward J. Maney<br>101 N First Ave, Suite 1775<br>Phoenix, AZ 85003 |
| 5 | |
| 6 | |
| 7 | Office of the U.S. Trustee<br>230 N First Avenue<br>Suite 204<br>Phoenix, AZ 85003 |
| 8 | |
| 9 | **Debtor**<br>Aurel and Maria Cordova<br>4356 W. Saint Catherine Ave<br>Laveen, AZ 85339 |
| 10 | |
| 11 | |
| 12 | /s/ Ariel C. Motz |