SO ORDERED.

Dated: July 9, 2014

*Daniel P. Collins*

**Daniel P. Collins, Chief Bankruptcy Judge**

ADAM HAUF 026702
THE LAW OFFICE OF ADAM HAUF
5400 W. NORTHERN AVE, SUITE 110
GLENDALE, AZ 85301
P: 623.252.0742 F: 623.321.2310
ADAM@HAUFLAW.COM
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| In re | |
|---|---|
| **AUREL CORDOVA AND MARIA CORDOVA** | **Case No. 2:12-bk-16340-DPC** |
| | **In Proceedings Under Chapter 13** |
| | ORDER GRANTING DEBTOR'S APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES AS AN ADMINISTRATIVE EXPENSE |
| Debtors. | |

**UPON DEBTOR'S APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES AS AN ADMINISTRATIVE EXPENSE** and Notice having been given to all interested parties and there being no objection and good cause appearing therefore,

**IT IS HEREBY ORDERED** Debtor's Motion is APPROVED, and

**IT IS FURTHER ORDERED** the Debtor's attorney's fees to Adam E. Hauf, attorney for the above Debtor, in the amount of $2,000.00 shall be paid through the plan upon the entering of the Order.

**DATED AND SIGNED ABOVE**